# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

EUGENE EDWARD ULRATH,

    *Plaintiff,*

v.                                      Case No. 4:19cv204-MW/CAS

JOHN DOES, *et al.,*

    *Defendants.*
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 6. Upon consideration,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Plaintiff must pay the $350.00 filing fee for case number 4:18cv455-WS-CAS if he desires to pursue this case. This case is remanded to the Magistrate for further proceedings.

    **SO ORDERED on May 24, 2019.**

                            s/Mark E. Walker       
                            **Chief United States District Judge**